**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12615-DRC |
| | § | |
| ROBERT GOGOL | § | |
| MAGDALENA GOGOL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/29/2012. The undersigned trustee was appointed on 03/29/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $3,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $12.77 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,987.23 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 12/12/2012 and the deadline for filing government claims was 12/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $750.00, for a total compensation of $750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/20/2012                              By:  /s/ David E. Grochocinski
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1        Exhibit A

| Case No.: | 12-12615-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | | Date Filed (f) or Converted (c): | 03/29/2012 (f) |
| For the Period Ending: | 12/20/2012 | | §341(a) Meeting Date: | 06/13/2012 |
| | | | Claims Bar Date: | 12/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  229 Red Oak Ct. West Chicago, IL 60185 | $305,000.00 | $0.00 | | $0.00 | FA |
| 2  129 Glengarry Dr. #311 Bloomingdale, IL 60108 | $127,400.00 | $0.00 | | $0.00 | FA |
| 3  Chase Checking | $110.00 | $0.00 | | $0.00 | FA |
| 4  Chase Checking | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Chase Savings | $54.00 | $0.00 | | $0.00 | FA |
| 6  Chase Savings Magdalena Trustee for Kacper, Oskar Gogol | $1,740.00 | $0.00 | | $0.00 | FA |
| 7  Living Room Furniture | $100.00 | $0.00 | | $0.00 | FA |
| 8  Stereo | $10.00 | $0.00 | | $0.00 | FA |
| 9  Dining Room Furniture | $100.00 | $0.00 | | $0.00 | FA |
| 10 Washer/Dryer | $100.00 | $0.00 | | $0.00 | FA |
| 11 Microwave | $30.00 | $0.00 | | $0.00 | FA |
| 12 Refrigerator | $50.00 | $0.00 | | $0.00 | FA |
| 13 Vacuum | $50.00 | $0.00 | | $0.00 | FA |
| 14 TV(3) | $200.00 | $0.00 | | $0.00 | FA |
| 15 DVD Player | $20.00 | $0.00 | | $0.00 | FA |
| 16 Beddroom Furniture | $200.00 | $0.00 | | $0.00 | FA |
| 17 Kitchen Table | $20.00 | $0.00 | | $0.00 | FA |
| 18 Stove | $50.00 | $0.00 | | $0.00 | FA |
| 19 Utensils | $10.00 | $0.00 | | $0.00 | FA |
| 20 Dishwasher | $50.00 | $0.00 | | $0.00 | FA |
| 21 Computer | $100.00 | $0.00 | | $0.00 | FA |
| 22 Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 23 Watch, Necklace, Costume Jewelry, Ring, Bracelet | $75.00 | $0.00 | | $0.00 | FA |
| 24 1 Million Term | $0.00 | $0.00 | | $0.00 | FA |
| 25 GAMA 100% Interest No Par Value | $0.00 | $0.00 | | $0.00 | FA |
| 26 State of Illinois Tax Refund | $1,100.00 | $0.00 | | $0.00 | FA |
| 27 2003 GMC Sierra 2500 2 Door VIN 1GT4K29G83E202908 146,016 MILES | $2,500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 2        Exhibit A

| Case No.: | 12-12615-DRC | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | | | | Date Filed (f) or Converted (c): | 03/29/2012 (f) |
| For the Period Ending: | 12/20/2012 | | | | §341(a) Meeting Date: | 06/13/2012 |
| | | | | | Claims Bar Date: | 12/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28  1997 Sea Ray 215 Express Cruiser | $5,500.00 | $0.00 | | $3,000.00 | $2,500.00 |
| 29  2 Sprayers 5 Ladders | $300.00 | $0.00 | | $0.00 | FA |
| 30  Fish & Bird | $0.00 | $0.00 | | $0.00 | FA |
| 31  Lawn Mower, Tools & Garden Tools, Video Games | $170.00 | $0.00 | | $0.00 | |
| 32  PREFERENCES | $2,484.18 | $2,484.18 | | | $2,484.18 |

**TOTALS (Excluding unknown value)**  $449,323.18   $2,484.18        $3,000.00

Gross Value of Remaining Assets
$4,984.18

**Major Activities affecting case closing:**
Possible sale of Sea Ray cruiser and tax refund liquidation
APPLICATION PENDING TO APPROVE SALE OF BOAT TO DEBTORS; PREFERENCE ACTIONS VS CITIBANK AND BANK OF AMERICA TO COME

Initial Projected Date Of Final Report (TFR):  12/30/2014    Current Projected Date Of Final Report (TFR):  12/30/2014    /s/ DAVID E. GROCHOCINSKI
                                                                                                                       DAVID E. GROCHOCINSKI

Page No: 1                Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12615-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5074 | | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******5075 | | Account Title: | |
| For Period Beginning: | 3/29/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/11/2012 | (28) | MAGDALENA GOGOL | LIQUIDATION OF SEA RAY | 1129-000 | $3,000.00 | | $3,000.00 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.96 | $2,997.04 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.83 | $2,992.21 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.98 | $2,987.23 |
| | | | **TOTALS:** | | $3,000.00 | $12.77 | $2,987.23 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,000.00 | $12.77 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $12.77 | |

**For the period of 3/29/2012 to 12/20/2012**

| | | **For the entire history of the account between 09/11/2012 to 12/20/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,000.00 | Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 | Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $12.77 | Total Compensable Disbursements: | $12.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.77 | Total Comp/Non Comp Disbursements: | $12.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

Page No: 2

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-12615-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5074 | | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******5075 | | Account Title: | |
| For Period Beginning: | 3/29/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**     **NET DEPOSITS**     **NET DISBURSE**     **ACCOUNT BALANCES**

$3,000.00     $12.77     $2,987.23

**For the period of 3/29/2012 to 12/20/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/29/2012 to 12/20/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

**CLAIM ANALYSIS REPORT**

Page No: 1  Exhibit C

Case No.: 12-12615-DRC
Case Name: GOGOL, ROBERT AND GOGOL, MAGDALENA
Claims Bar Date: 12/12/2012

Trustee Name: David E. Grochocinski
Date: 12/20/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 12/19/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |
|  | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 12/19/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $25.05 | $25.05 | $0.00 | $0.00 | $0.00 | $25.05 |
|  | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 12/19/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $1,030.00 | $1,030.00 | $0.00 | $0.00 | $0.00 | $1,030.00 |
| 1 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany OH 430543025 | 09/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,131.94 | $2,131.94 | $0.00 | $0.00 | $0.00 | $2,131.94 |
| 2 | FIA CARD SERVICES, N.A. Bank of America MBNA America Bank 4161 Piedmont Parkway NC4 105 03 14 Greensboro NC 27410 | 09/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,660.22 | $7,660.22 | $0.00 | $0.00 | $0.00 | $7,660.22 |
| 3 | CAPITAL ONE BANK (USA), N.A. PO Box 248839 Oklahoma City OK 731248839 | 09/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $372.40 | $372.40 | $0.00 | $0.00 | $0.00 | $372.40 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,432.61 | $12,432.61 | $0.00 | $0.00 | $0.00 | $12,432.61 |

**CLAIM ANALYSIS REPORT**

Page No: 2      Exhibit C

| Case No. | 12-12615-DRC |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA |
| Claims Bar Date: | 12/12/2012 |

Trustee Name: David E. Grochocinski
Date: 12/20/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,346.37 | $14,346.37 | $0.00 | $0.00 | $0.00 | $14,346.37 |
| | | | | | | | $38,748.59 | $38,748.59 | $0.00 | $0.00 | $0.00 | $38,748.59 |

**CLAIM ANALYSIS REPORT**

Page No: 3  Exhibit C

| Case No. | 12-12615-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | Date: | 12/20/2012 |
| Claims Bar Date: | 12/12/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Attorney for Trustee Expenses (Trustee Firm) | $25.05 | $25.05 | $0.00 | $0.00 | $0.00 | $25.05 |
| Attorney for Trustee Fees (Trustee Firm) | $1,030.00 | $1,030.00 | $0.00 | $0.00 | $0.00 | $1,030.00 |
| General Unsecured § 726(a)(2) | $36,943.54 | $36,943.54 | $0.00 | $0.00 | $0.00 | $36,943.54 |
| Trustee Compensation | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-12615-DRC
Case Name: ROBERT GOGOL
MAGDALENA GOGOL
Trustee Name: David E. Grochocinski

Balance on hand: $2,987.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,987.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $750.00 | $0.00 | $750.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,030.00 | $0.00 | $1,030.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $25.05 | $0.00 | $25.05 |

Total to be paid for chapter 7 administrative expenses: $1,805.05
Remaining balance: $1,182.18

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,182.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,182.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,943.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $2,131.94 | $0.00 | $68.22 |
| 2 | FIA CARD SERVICES, N.A. | $7,660.22 | $0.00 | $245.12 |
| 3 | Capital One Bank (USA), N.A. | $372.40 | $0.00 | $11.92 |
| 4 | PYOD, LLC its successors and assigns as assignee | $12,432.61 | $0.00 | $397.84 |
| 5 | PYOD, LLC its successors and assigns as assignee | $14,346.37 | $0.00 | $459.08 |

Total to be paid to timely general unsecured claims: $1,182.18
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Case 12-12615    Doc 45    Filed 01/29/13    Entered 01/29/13 10:30:15    Desc Main
Document      Page 12 of 12