**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12615-DRC |
| | § | |
| ROBERT GOGOL | § | |
| MAGDALENA GOGOL | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 3/8/13, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/29/2013            By:   /s/ David E. Grochocinski
                                            (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12615-DRC |
| | § | |
| ROBERT GOGOL | § | |
| MAGDALENA GOGOL | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $3,000.00
*and approved disbursements of*     $12.77
*leaving a balance on hand of[1]:*     $2,987.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,987.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $750.00 | $0.00 | $750.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,030.00 | $0.00 | $1,030.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $25.05 | $0.00 | $25.05 |

Total to be paid for chapter 7 administrative expenses:     $1,805.05
Remaining balance:     $1,182.18

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

                                               Remaining balance:        $1,182.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                              Total to be paid to priority claims:        $0.00
                                               Remaining balance:        $1,182.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,943.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $2,131.94 | $0.00 | $68.22 |
| 2 | FIA CARD SERVICES, N.A. | $7,660.22 | $0.00 | $245.12 |
| 3 | Capital One Bank (USA), N.A. | $372.40 | $0.00 | $11.92 |
| 4 | PYOD, LLC its successors and assigns as assignee | $12,432.61 | $0.00 | $397.84 |
| 5 | PYOD, LLC its successors and assigns as assignee | $14,346.37 | $0.00 | $459.08 |

                Total to be paid to timely general unsecured claims:        $1,182.18
                                               Remaining balance:        $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Robert Gogol
Magdalena Gogol
    Debtors

Case No. 12-12615-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 2     Date Rcvd: Jan 30, 2013
                       Form ID: pdf006    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2013.

```
db/jdb        +Robert Gogol,   Magdalena Gogol,    229 Red Oak Ct.,    West Chicago, IL 60185-5979
18698015       Bank of America,    PO Box 982235,    El Paso, TX 79998-2235
18698014       Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
18698017      +CITI Cards,    701 E. 60th St,    Sioux Falls, SD 57104-0432
18698016       Capital One,    PO Box 30280,    Salt Lake City, UT 84130-0280
18698019       Encore,    PO Box 1699,    Southgate, MI 48195-0699
19491534       FIA CARD SERVICES, N.A.,    Bank of America MBNA America Bank,    4161 Piedmont Parkway,
                 NC4 105 03 14,    Greensboro, NC 27410
18698020      +HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
18698021      +Sherwin-Williams Co.,    2406 W. Main St.,    Saint Charles, IL 60175-1030
18698022      +T-Mobil,    2701 E. Main Street, Suite 102,    Saint Charles, IL 60174-2401
18698025       WFNNB/Victoria's Secret,    PO Box 182789,    Columbus, OH 43218-2789
18698024      +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19496403       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2013 02:30:14      Capital One Bank (USA), N.A.,
                 PO Box 248839,    Oklahoma City, OK  73124-8839
18698018       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:08      Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
19444050       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19746516      +E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2013 02:14:37
                 PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18698023       US Bank,   PO Box 2188
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Jan 30, 2013
                              Form ID: pdf006              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2013 at the address(es) listed below:
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
          James P Mullally    on behalf of Joint Debtor Magdalena  Gogol jpm@konewkoandassoc.com
          James P Mullally    on behalf of Debtor Robert  Gogol jpm@konewkoandassoc.com
          Maria  Georgopoulos    on behalf of Creditor    Wells Fargo Bank, NA nd-four@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                    TOTAL: 6