**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12615-DRC |
| | § | |
| ROBERT GOGOL | § | |
| MAGDALENA GOGOL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $275,470.00 | Assets Exempt: | $43,969.00 |
| Total Distributions to Claimants: | $1,182.18 | Claims Discharged Without Payment: | $35,761.36 |
| Total Expenses of Administration: | $1,817.82 | | |

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,817.82 | $1,817.82 | $1,817.82 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $36,943.54 | $36,943.54 | $1,182.18 |
| **Total Disbursements** | NA | $38,761.36 | $38,761.36 | $3,000.00 |

4). This case was originally filed under chapter 7 on 03/29/2012. The case was pending for -1346 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2013　　　　　　　　By: /s/ David E. Grochocinski
　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1997 Sea Ray 215 Express Cruiser | 1129-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| Green Bank | 2600-000 | NA | $12.77 | $12.77 | $12.77 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,030.00 | $1,030.00 | $1,030.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $25.05 | $25.05 | $25.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,817.82 | $1,817.82 | $1,817.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | NA | $2,131.94 | $2,131.94 | $68.22 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $7,660.22 | $7,660.22 | $245.12 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | NA | $372.40 | $372.40 | $11.92 |
| 4 | PYOD, LLC its successors and | 7100-000 | NA | $12,432.61 | $12,432.61 | $397.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | assigns as assignee | | | | | |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | NA | $14,346.37 | $14,346.37 | $459.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $36,943.54 | $36,943.54 | $1,182.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 12-12615-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | Date Filed (f) or Converted (c): | 03/29/2012 (f) |
| For the Period Ending: | 5/7/2013 | §341(a) Meeting Date: | 06/13/2012 |
| | | Claims Bar Date: | 12/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 229 Red Oak Ct. West Chicago, IL 60185 | $305,000.00 | $0.00 | | $0.00 | FA |
| 2 | 129 Glengarry Dr. #311 Bloomingdale, IL 60108 | $127,400.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Checking | $110.00 | $0.00 | | $0.00 | FA |
| 4 | Chase Checking | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Chase Savings | $54.00 | $0.00 | | $0.00 | FA |
| 6 | Chase Savings Magdalena Trustee for Kacper, Oskar Gogol | $1,740.00 | $0.00 | | $0.00 | FA |
| 7 | Living Room Furniture | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Stereo | $10.00 | $0.00 | | $0.00 | FA |
| 9 | Dining Room Furniture | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Washer/Dryer | $100.00 | $0.00 | | $0.00 | FA |
| 11 | Microwave | $30.00 | $0.00 | | $0.00 | FA |
| 12 | Refrigerator | $50.00 | $0.00 | | $0.00 | FA |
| 13 | Vacuum | $50.00 | $0.00 | | $0.00 | FA |
| 14 | TV(3) | $200.00 | $0.00 | | $0.00 | FA |
| 15 | DVD Player | $20.00 | $0.00 | | $0.00 | FA |
| 16 | Beddroom Furniture | $200.00 | $0.00 | | $0.00 | FA |
| 17 | Kitchen Table | $20.00 | $0.00 | | $0.00 | FA |
| 18 | Stove | $50.00 | $0.00 | | $0.00 | FA |
| 19 | Utensils | $10.00 | $0.00 | | $0.00 | FA |
| 20 | Dishwasher | $50.00 | $0.00 | | $0.00 | FA |
| 21 | Computer | $100.00 | $0.00 | | $0.00 | FA |
| 22 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 23 | Watch, Necklace, Costume Jewelry, Ring, Bracelet | $75.00 | $0.00 | | $0.00 | FA |
| 24 | 1 Million Term | $0.00 | $0.00 | | $0.00 | FA |
| 25 | GAMA 100% Interest No Par Value | $0.00 | $0.00 | | $0.00 | FA |
| 26 | State of Illinois Tax Refund | $1,100.00 | $0.00 | | $0.00 | FA |
| 27 | 2003 GMC Sierra 2500 2 Door VIN 1GT4K29G83E202908 146,016 MILES | $2,500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 12-12615-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | Date Filed (f) or Converted (c): | 03/29/2012 (f) |
| For the Period Ending: | 5/7/2013 | §341(a) Meeting Date: | 06/13/2012 |
| | | Claims Bar Date: | 12/12/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28  1997 Sea Ray 215 Express Cruiser | $5,500.00 | $0.00 | | $3,000.00 | $2,500.00 |
| 29  2 Sprayers 5 Ladders | $300.00 | $0.00 | | $0.00 | FA |
| 30  Fish & Bird | $0.00 | $0.00 | | $0.00 | FA |
| 31  Lawn Mower, Tools & Garden Tools, Video Games | $170.00 | $0.00 | | $0.00 | FA |
| 32  PREFERENCES | $2,484.18 | $2,484.18 | | $0.00 | $2,484.18 |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$449,323.18    $2,484.18    $3,000.00    $4,984.18

**Major Activities affecting case closing:**
Possible sale of Sea Ray cruiser and tax refund liquidation
APPLICATION PENDING TO APPROVE SALE OF BOAT TO DEBTORS; PREFERENCE ACTIONS VS CITIBANK AND BANK OF AMERICA TO COME

**Initial Projected Date Of Final Report (TFR):**    12/30/2014    **Current Projected Date Of Final Report (TFR):**    12/30/2014    /s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1     Exhibit 9

| | |
|---|---|
| Case No. | 12-12615-DRC |
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA |
| Primary Taxpayer ID #: | ******5074 |
| Co-Debtor Taxpayer ID #: | ******5075 |
| For Period Beginning: | 3/29/2012 |
| For Period Ending: | 5/7/2013 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1501 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/11/2012 | (28) | MAGDALENA GOGOL | LIQUIDATION OF SEA RAY | 1129-000 | $3,000.00 | | $3,000.00 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.96 | $2,997.04 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.83 | $2,992.21 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.98 | $2,987.23 |
| 03/08/2013 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $750.00 | $2,237.23 |
| 03/08/2013 | 3002 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,030.00 | $1,207.23 |
| 03/08/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $25.05 | $1,182.18 |
| 03/08/2013 | 3004 | Discover Bank | Distribution on Claim #: 1; | 7100-000 | | $68.22 | $1,113.96 |
| 03/08/2013 | 3005 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 2; | 7100-000 | | $245.12 | $868.84 |
| 03/08/2013 | 3006 | Capital One Bank (USA), N.A. | Distribution on Claim #: 3; | 7100-000 | | $11.92 | $856.92 |
| 03/08/2013 | 3007 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 4; | 7100-000 | | $397.84 | $459.08 |
| 03/08/2013 | 3008 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 5; | 7100-000 | | $459.08 | $0.00 |
| | | | | SUBTOTALS | $3,000.00 | $3,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2        Exhibit 9

| Case No.: | 12-12615-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5074 | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******5075 | Account Title: | |
| For Period Beginning: | 3/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/7/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $3,000.00 | $3,000.00 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $3,000.00 | $3,000.00 | |

For the period of **3/29/2012** to **5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **09/11/2012** to **5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit 9

| Case No. | 12-12615-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GOGOL, ROBERT AND GOGOL, MAGDALENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5074 | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******5075 | Account Title: | |
| For Period Beginning: | 3/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/7/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 3/29/2012 to 5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/29/2012 to 5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI